# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| *v.* | |
| **KHALIL HALLEY** | **NO. 24-356-KSM-1** |

## ORDER

**AND NOW**, this 24th day of March, 2025, upon consideration of Defendant Khalil Halley's Motion to Suppress (Doc. No. 24), the Government's response in opposition (Doc. No. 27), and the evidence presented and arguments made during the March 11, 2025 evidentiary hearing, and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that Defendant's Motion to Suppress (Doc. No. 24) is **DENIED**.

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.